Bruce L. Mowery, OSB #73216
bmowery@cciservices.com
280 Liberty St, SE, Ste 206
Salem, OR 97301
   Telephone: (503) 480-7251
   Fax: (503) 779-2716

   Attorney for Defendants Malheur County and City of Ontario

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK CASTERLINE,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF OREGON, OREGON STATE POLICE, MALHEUR COUNTY, CITY OF ONTARIO, MALHEUR COUNTY ENTRY TEAM, MEMBERS AND OFFICERS: TROOPER RYAN MOOREHEAD, SERGEANT MARK A. DUNCAN, CAPTAIN TRAVIS HAMPTON, TROOPER JAVIER MARQUEZ, OFFICER VICTOR GRIMALDO, DEPUTY DAN PERKINS, DEPUTY CASEY WALKER, DEPUTY WADE HOLOM, SR. TROOPER TRISH DRAZE, SERGEANT BOB SPEELMAN, LT. CRAIG SMITH, DET. ROB HONSUCKER, DEP. BRAD WILLIAMS, DEP. TAMMI DUBY, DEP. OSCAR MARTINEZ, DEP. BRIAN BELNAP, RICH HARRIMAN,<br><br>                Defendants. | Case No. **08-6169-SU**<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

**Page 1- STIPULATED JUDGMENT OF DISMISSAL**

Based upon the stipulation of the parties herein, it is:

ORDERED AND ADJUDGED that plaintiff's action is hereby dismissed with prejudice and without costs.

DATED this _____ day of _____, 2009.

_____
Magistrate Judge Patricia Sullivan

IT IS SO STIPULATED:

_____
Foster Glass, OSB # 751334
Attorney for Plaintiff

_____
Bruce L. Mowery, OSB # 73216
Attorney for City and County Defendants

_____
Dirk L. Pierson, OSB # 941281
Attorney for State Defendants

Page 2- STIPULATED JUDGMENT OF DISMISSAL