Bruce L. Mowery, OSB #73216
*bmowery@cciservices.com*
280 Liberty St, SE, Ste 206
Salem, OR 97301
   Telephone: (503) 480-7251
   Fax: (503) 779-2716



Attorney for Defendants Malheur County and City of Ontario

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARK CASTERLINE,<br><br>              Plaintiff,<br><br>    v.<br><br>STATE OF OREGON, OREGON STATE POLICE, MALHEUR COUNTY, CITY OF ONTARIO, MALHEUR COUNTY ENTRY TEAM, MEMBERS AND OFFICERS: TROOPER RYAN MOOREHEAD, SERGEANT MARK A. DUNCAN, CAPTAIN TRAVIS HAMPTON, TROOPER JAVIER MARQUEZ, OFFICER VICTOR GRIMALDO, DEPUTY DAN PERKINS, DEPUTY CASEY WALKER, DEPUTY WADE HOLOM, SR. TROOPER TRISH DRAZE, SERGEANT BOB SPEELMAN, LT. CRAIG SMITH, DET. ROB HONSUCKER, DEP. BRAD WILLIAMS, DEP. TAMMI DUBY, DEP. OSCAR MARTINEZ, DEP. BRIAN BELNAP, RICH HARRIMAN,<br><br>              Defendants. | Case No. **08-6169-SU**<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Page 1- STIPULATED JUDGMENT OF DISMISSAL

Based upon the stipulation of the parties herein, it is:

ORDERED AND ADJUDGED that plaintiff's action is hereby dismissed with prejudice and without costs.

DATED this __11__ day of __March__, 2009.

*/s/ Malcolm F. Marsh*
~~Magistrate Judge Patricia Sullivan~~
DISTRICT JUDGE MALCOLM F. MARSH

IT IS SO STIPULATED:

*/s/ Foster Glass*
Foster Glass, OSB # 751334
Attorney for Plaintiff

*/s/ Bruce L. Mowery*
Bruce L. Mowery, OSB # 73216
Attorney ~~for City~~ and County Defendants

*/s/ Dirk L. Pierson*
Dirk L. Pierson, OSB # 941281
Attorney for State Defendants

Page 2- STIPULATED JUDGMENT OF DISMISSAL